IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH J. ACKERMAN,

    Petitioner,

vs.                                      Case No. 3:08cv96-MCR/WCS

WALTER McNEIL, et al.,

    Respondent.
_____/

# O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The § 2254 petition for writ of habeas corpus, challenging Petitioner Ackerman's conviction and fifteen year sentence for leaving the scene of DUI

manslaughter, imposed by the Circuit Court in Escambia County, case 97-2862, is **DENIED WITH PREJUDICE.**

DONE AND ORDERED this 24th day of May, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**